UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                     1:26-cr-61

v.                                        INFORMATION
                                          **PENALTY SHEET**

MARILYN ETHEL HARP,

       Defendant.

_____/

## Bank Fraud, 18 U.S.C. § 1344(2)

**Maximum Penalty:**    Not more than 30 years' imprisonment [18 U.S.C. § 1344(2)]

**Maximum Fine:**    $1,000,000 [18 U.S.C. § 1344(2)] or twice the gross gain or gross loss, whichever is greater [18 U.S.C. § 3571(d)]

**Supervised Release:**    Not more than 5 years [18 U.S.C. § 3583] (Class B Felony, 18 U.S.C. § 3559)

**Special Assessment**:    $100 [18 U.S.C. § 3013]

**Restitution:**    Mandatory [18 U.S.C. § 3663A]

**Forfeiture Allegation**

Date:  June 30, 2026               /s/  *Timothy VerHey*
                                        Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046