UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:26–cr–00061–HYJ

    v.                               Hon. Hala Y. Jarbou

MARILYN ETHEL HARP,

        Defendant.

_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Arraignment<br>Change of Plea Hearing |
| Date/Time: | August 6, 2026   09:00 AM |
| Chief Judge: | Hala Y. Jarbou |
| Place/Location: | 128 Federal Building, Lansing, MI |

HALA Y. JARBOU
Chief United States District Judge

Dated:  July 29, 2026      By:   _/s/ A. Seymore_____
                                 Case Manager